DANIEL J. BRODERICK, #89424
Federal Defender
SAMYA BURNEY, CA Bar #224049
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DONNY J. WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10mj237 |
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING ENROLLMENT IN FIRST OFFENDER DUI PROGRAM |
| v. | |
| DONNY J. WALKER, | Time: |
| Defendant. | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY ORDERED** that Donny J. Walker is authorized to enroll in a First-Time Offender D.U.I. program.  Upon completion of said program, a certificate of completion shall be forwarded to the California Department of Motor Vehicles.

IT IS SO ORDERED.

Dated:   **August 27, 2010**             **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE